PS8
(8/88 - rev. 6/06 by ED/TN)

# United States District Court

for the
**Eastern District of Tennessee**

**FILED**

U.S.A. vs. Bethany Alice Rector

Docket No. 3:08-CR-31-002

2008 MAR 19 P 1:43

U.S. DISTRICT COURT
EASTERN DIST. TENN.

### Petition for Action on Conditions of Pretrial Release

BY _____ DEPY CLERK

COMES NOW Scott A. Smith, United States Probation Officer, presenting an official report upon the conduct of defendant Bethany Alice Rector, who was placed under pretrial release supervision by the Honorable H. Bruce Guyton, Eastern District of Tennessee at Knoxville on February 22, 2008, under the following conditions:

Condition 7(t): You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court ordered obligations, or other activities as pre-approved by the supervising officer.

Condition 7(v): Undergo mental health evaluation at the defendant's expense.

### Respectfully presenting petition for action of court and for cause as follows:

On March 19, 2008, the defendant's father, Robert Jackson, contacted this officer and informed me that Ms. Rector was refusing to go to her scheduled mental health evaluation today and was telling him that she wanted to go to jail. She told her father she would wait for someone to come and pick her up. After I spoke with her on the phone, she indicated she would report for the appointment. However, after hanging up, she barricaded herself in her bathroom and again refused to go to treatment. After threatening to commit suicide, her father called the Claiborne County Sheriff's Department, who responded and assisted her father in calming her down.

On February 25, 2008, Ms. Rector asked this officer if she could go out with her boyfriend and was instructed she could not due to her home detention order. On March 19, 2008, her father informed this officer that Ms. Rector had not been complying with her home detention order. He indicated she had been going out with her friend, known only as Ben, despite instructions not to. He indicated at times she would go out for nothing more than to buy beer and cigarettes and sit in the car with Ben. When confronted by this officer, Ms. Rector admitted to being in violation of this order, citing she was bored at home and could not follow "the millions and millions of rules" the court imposed.

**PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE ARREST OF BETHANY ALICE RECTOR TO BE BROUGHT BEFORE THE COURT TO ANSWER TO THESE VIOLATIONS.**

| ORDER OF COURT | I declare that under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __19__ day of __March__, 200_8_ and ordered filed and made a part of the records in the above case. | Respectfully, |
| _/s/ J. Bruce Guyton_ | _/s/ Scott A. Smith_ |
| The Honorable H. Bruce Guyton<br>U.S. District Judge/Magistrate | Scott A. Smith<br>U.S. Probation Officer |

Place: U.S. District Court - Knoxville

Date: March 19, 2008

APPROVED:

_/s/ James M. Kelly_  03·19·08
James M. Kelly, Supervising     Date
U.S. Probation Officer

PS 10
(12/06)

# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs Bethany Alice Rector  Docket No. 3:08-CR-31-002

TO: [1]**Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Bethany Alice Rector | SEX<br>Female | RACE<br>White | AGE<br>24 |
| ADDRESS(STREET, CITY, STATE)<br>377 Cumberland Estates Road, Cumberland Gap, TN 37724 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Eastern District of Tennessee - Knoxville, Tennessee | | | |
| CLERK<br>Patricia L. McNutt | (BY) DEPUTY CLERK<br>*R. Archer* | | DATE<br>3/19/08 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."