UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-31 |
| V. | ) | VARLAN/SHIRLEY |
| | ) | |
| | ) | |
| BETHANY RECTOR | ) | |

ORDER OF TEMPORARY DETENTION

An initial appearance was held in this case on March 19, 2008, on a Petition for Revocation of Pretrial Release. Tracee Plowell was present representing the government and Michael B. Coleman was present representing the defendant. The defendant was also present. Upon motion of the defendant and pursuant to 18 U.S.C., Section 3148, counsel for the defendant stated that he needed more time to prepare for the revocation hearing and requested that the hearing be continued. There was no objection by the government. The defendant stated he knew he would remain in custody and had no objection. A revocationn is scheduled for **March 24, 2008**, at **3:00 p.m.** , before the undersigned.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private

consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE